IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 06 C 210 |
| | ) | |
| ANCHOR MORTGAGE CORPORATION and JOHN MUNSON, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendants move to reconsider our Memorandum Opinion and Order of June 6, 2007. We deny that motion. We adhere to the views stated in June. At the same time, we recognize that any judgment can extend only to the 26 fraudulent transactions referenced in the plea agreement and in the complaint here. It cannot reach one transaction not included in the complaint, or to any other transactions or conduct.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 4, 2007.